**File Hashes for IP Address 98.229.55.74**

ISP:  Comcast
Physical Location: Westfield, MA

| Hit Date UTC | File Hash | Torrent Name | Album Title |
|---|---|---|---|
| 3/26/2015 | 4e06c210e080347e3a51cf7f591189288e3ab6c3 | Dirty Rotten Imbeciles (D.R.I.) - Discography (1983-2002) [mp3@3 torrent | "Dirty Rotten Imbeciles – (D.R.I.) Definition" |