**Copyrights In Suit for IP Address 98.229.55.74**

ISP:  Comcast
Physical Location: Westfield, MA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| "Dirty Rotten Imbeciles (D.R.I.)- Definition" Acid Rain; Tone Deaf; Guilt Trip; Hardball; The Application; Paying to Play; Say It; Dry Heaves; Don't Ask; Time Out; Let it Go; You; The Target; | SR 659-466 | October 20, 1992 | June 10, 2010 | 3/26/15  11:44 |

**Total Rotten Records Copyrights Infringed:**