# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROTTEN RECORDS, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 98.229.55.74,<br><br>　　　　　Defendant. | Civil Action No. |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

　　　PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Plaintiff, Rotten Records,
　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　/s/ John E. Young
　　　　　　　　　　　　　　　　　　　John E. Young, BBO #654093
　　　　　　　　　　　　　　　　　　　*jyoung@flynnwirkus.com*
　　　　　　　　　　　　　　　　　　　Flynn Wirkus Young, P.C.
　　　　　　　　　　　　　　　　　　　400 Crown Colony Drive, Suite 601
　　　　　　　　　　　　　　　　　　　Quincy, MA 02169
　　　　　　　　　　　　　　　　　　　(617) 773-5500