# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROTTEN RECORDS, INC.  *Plaintiff* | Civil Action No.: 3:15-CV-11836-KAR |
| v. | |
| EDWARD JASMIN, ET AL.  *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Edward Jasmin
    1 Dartmouth Street
    Westfield, MA 01085-1905

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John E. Young, Esq., Flynn Wirkus Young, P.C.
    400 Crown Colony Drive, Suite 601, Quincy, MA 02169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Mary Finn**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2015-10-26 10:45:30.0, Clerk USDC DMA

Civil Action No.: **3:15-CV-11836-KAR**

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



**Office of the Sheriff**
**Hampden County** • 95 Liberty St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*                                                                                     November 5, 2015

I hereby certify and return that on 11/4/2015 at 11:45 AM I served a true and attested copy of the FEDERAL SUMMONS & AMENDED COMPLAINT in this action in the following manner: By leaving at the last and usual place of abode of EDWARD JASMIN, to wit: 1 DARTMOUTH STREET WESTFIELD, MA 01085 , and by mailing 1st class to the above address on 11/4/2015. Attestation x 2 ($10.00) Basic Service Fee ($20.00) Conveyance ($2.70) Mailing ($3.00) Travel ($5.76) Total: $41.46

Deputy Sheriff DAVID K. TENNEY

**Deputy Sheriff**

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____                    _____
Date                                         Server's Signature

                                             _____
                                             Printed name and title

                                             _____
                                             Server's Address

Additional information regarding attempted service, etc: